No. 96–5464.  PHACHANSIRI v. MASSACHUSETTS.  App. Ct. Mass.  Certiorari denied.

No. 96–5465.  STAVRAKAS v. SMITH, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 96–5466.  PETAWAY v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 96–5467.  ORTIZ v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 96–5468.  WARD v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 96–5469.  WILLIAMS ET AL. v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 96–5470.  JELINEK v. NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 96–5471.  NOBLE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 96–5472.  ACOSTA CORONADO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 96–5474.  PINEDA-HERNANDEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 96–5475.  PLESS v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 96–5476.  MOORE v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 96–5478.  MONGELLI v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 96–5480.  BILLIS v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 96–5482.  HARRISON v. LETSINGER.  C. A. 7th Cir.  Certiorari denied.